UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In Re: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                                   12-md-02311
_____

In Re: RADIATORS                                           **Case No. 13-cv-01002**
_____       Hon. Marianne O. Battani

THIS RELATES TO: DEALERSHIP
ACTIONS

_____

## APPEARANCE

PLEASE TAKE NOTICE that Joshua Lushnat of Mantese Honigman and Williamson, P.C. hereby enters an Appearance on behalf of all Dealership Plaintiffs in the above-entitled action.

Respectfully submitted,

By: s/Joshua Lushnat
Joshua Lushnat (P75319)
Mantese Honigman and Williamson, P.C.
1361 E. Big Beaver Road
Troy, Michigan 48083
Phone: (248) 457-9200
Fax: (248) 457-9201
Email: jlushnat@manteselaw.com

Dated: March 6, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Sherri Sikorski
Sherri Sikorski
Mantese Honigman and Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
Ssikorski@manteselaw.com